PROSKAUER ROSE LLP
HAROLD M. BRODY, SBN 084927
DAWN M. IRIZARRY, SBN 223303
JENNIFER N. SLOANE, SBN 237233
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:   (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Defendants
Henry Schein, Inc., CAMLOG USA, and Rob Gorin.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL WHITTALL,<br><br>           Plaintiff,<br><br>     v.<br><br>HENRY SCHEIN, INC., CAMLOG USA, ROB GORIN., and DOES 1-100, inclusive,<br><br>           Defendants. | Case No. 2:05-CV-01629-WBS-GGH<br><br>Hon. William b. Shubb<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT AND [PROPOSED] ORDER** |

6559/36022-145
LALIB1/583193v1

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT AND [PROPOSED] ORDER**

1  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Paul Whittall and Defendants Henry Schein, Inc., CAMLOG USA Inc., and Rob Gorin (collectively referred to as "Defendants") that Defendants' time to answer, move or otherwise respond to the Amended Complaint is hereby extended to and including August 29, 2005.  There has been no prior application for the relief requested herein.

Dated:  August 19, 2005

PROSKAUER ROSE LLP
HAROLD M. BRODY
DAWN M. IRIZARRY
JENNIFER N. SLOANE

/S/Harold M. Brody
Harold M. Brody
Attorneys for Defendants
Henry Schein, Inc., CAMLOG USA, and Rob Gorin

Dated:  August 19, 2005

LAW OFFICES OF LAWRANCE A. BOHM
LAWRANCE A. BOHM

/S/Lawrance A. Bohm
Lawrance A. Bohm
Attorneys for Plaintiff
PAUL WHITTALL

**ORDER**

Having read and considered the Stipulation of the parties, and good causing appearing therein,

IT IS HEREBY ORDERED that IT IS HEREBY ORDERED that Defendants' time to answer, move or otherwise respond to the Amended Complaint is hereby extended to and including August 29, 2005.

Dated: August 24, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE