1  PROSKAUER ROSE LLP
   HAROLD M. BRODY, SBN 084927
2  DAWN M. IRIZARRY, SBN 223303
   JENNIFER N. SLOANE, SBN 237233
3  2049 Century Park East, 32nd Floor
   Los Angeles, California 90067-3206
4  Telephone:   (310) 557-2900
   Facsimile:   (310) 557-2193
5
   Attorneys for Defendants
6  Henry Schein, Inc., CAMLOG USA, and Rob Gorin.

7

8                      **UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  PAUL WHITTALL, | Case No. 2:05-CV-01629-WBS-GGH |
| 12                          Plaintiff, | Hon. William b. Shubb |
| 13           v. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT AND [PROPOSED] ORDER** |
| 14  HENRY SCHEIN, INC., CAMLOG USA, ROB GORIN., and DOES 1-100, inclusive, | |
| 15 | |
| 16                          Defendants. | |

6559/36022-145
LALIB1/583387v1

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT AND [PROPOSED] ORDER**

1  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Paul Whittall and Defendants Henry Schein, Inc., CAMLOG USA Inc., and Rob Gorin (collectively referred to as "Defendants") that Defendants' time to answer, move or otherwise respond to the Amended Complaint is hereby extended to and including September 14, 2005. There has been one prior application (an extension of seven days) for the relief requested herein. The combined extensions provide Defendants with a total of twenty-one days in which to answer, move or otherwise respond to the Amended Complaint.

Dated:  August 24, 2005

PROSKAUER ROSE LLP
HAROLD M. BRODY
DAWN M. IRIZARRY
JENNIFER N. SLOANE

/S/Jennifer N. Sloane
Jennifer N. Sloane
Attorneys for Defendants
Henry Schein, Inc., CAMLOG USA, and Rob Gorin

Dated:  August 24, 2005

LAW OFFICES OF LAWRANCE A. BOHM
LAWRANCE A. BOHM

/S/Lawrance A. Bohm
Lawrance A. Bohm
Attorneys for Plaintiff
PAUL WHITTALL

## **ORDER**

Having read and considered the Stipulation of the parties, and good causing appearing therein,

IT IS HEREBY ORDERED that IT IS HEREBY ORDERED that Defendants' time to answer, move or otherwise respond to the Amended Complaint is hereby extended to and including September 14, 2005.

Dated:  August 26,  2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE