PROSKAUER ROSE LLP
HAROLD M. BRODY, SBN 084927
DAWN M. IRIZARRY, SBN 223303
JENNIFER N. SLOANE, SBN 237233
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:  (310) 557-2900
Facsimile:   (310) 557-2193

Attorneys for Defendants
Henry Schein, Inc., CAMLOG USA, and Rob Gorin.

**FILED**
SEP 1 6 2005
ERK, U.S. DISTRICT COURT
RN DISTRICT OF CALIFOR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WHITTALL,<br><br>    Plaintiff,<br><br>v.<br><br>HENRY SCHEIN, INC., CAMLOG USA,<br>ROB GORIN., and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:05-CV-01629-WBS-GGH<br><br>Hon. William b. Shubb<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Paul Whittall and Defendants Henry Schein, Inc., CAMLOG USA Inc., and Rob Gorin (collectively referred to as "Defendants") that Defendants' time to answer, move or otherwise respond to the Amended Complaint is hereby extended to and including September 23, 2005. There have been two prior applications for the relief requested herein. The combined extensions provide Defendants with a total of thirty days in which to answer, move or otherwise respond to the Amended Complaint.

Dated: September 13, 2005

PROSKAUER ROSE LLP
HAROLD M. BRODY
DAWN M. IRIZARRY
JENNIFER N. SLOANE

/S/Jennifer N. Sloane
Jennifer N. Sloane
Attorneys for Defendants
Henry Schein, Inc., CAMLOG USA, and Rob Gorin

Dated: September 13, 2005

LAW OFFICES OF LAWRANCE A. BOHM
LAWRANCE A. BOHM

/S/Lawrance A. Bohm
Lawrance A. Bohm
Attorneys for Plaintiff
PAUL WHITTALL

## [PROPOSED] ORDER

Having read and considered the Stipulation of the parties, and good causing appearing therein,

IT IS HEREBY ORDERED that IT IS HEREBY ORDERED that Defendants' time to answer, move or otherwise respond to the Amended Complaint is hereby extended to and including September 21, 2005.

Dated: September _14_, 2005

_____
Hon. William B. Shubb