HAROLD M. BRODY, SBN 084927
DAWN M. IRIZARRY, SBN 223303
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:     (310) 557-2900
Facsimile:     (310) 557-2193

Attorneys for Defendants,
HENRY SCHEIN, INC., CAMLOG USA, INC.
AND ROB GORIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PAUL WHITTALL, | Case No. 2:05-CV-01629-WBS-GGH |
|---|---|
| Plaintiff, | Hon. William B. Shubb |
| v. | **STIPULATION TO EXTEND DATE BY WHICH THE PARTIES HAVE TO PARTICIPATE IN THE VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) SESSION PURSUANT TO LOCAL RULE 16-271(j); AND [PROPOSED] ORDER GRANTING EXTENSION** |
| HENRY SCHEIN, INC., CAMLOG USA, ROB GORIN, and DOES 1-100, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 16-271(j) of the United States District Court, Eastern District of California, the parties hereby agree to and request an extension of the date by which to participate in a Voluntary Dispute Resolution Program (VDRP) session. The parties hereby agree to participate in a VDRP session the week of April 24, 2006 or on the next mutually agreeable date in the month of May 2006 upon which the parties and the neutral can appear.  Local Rule 16-271(j) requires that the

6844/36022-145
Current/8289807v1

**STIPULATION TO EXTEND DATE BY WHICH THE PARTIES HAVE TO PARTICIPATE IN THE VOLUNTARY DISPUTE RESOLUTION PROGRAM SESSION PURSUANT TO LOCAL RULE 16-271(j); AND [PROPOSED] ORDER GRANTING EXTENSION**

PDF created with pdfFactory trial version www.pdffactory.com

parties hold the VDRP session within 90 days of the selection of the neutral (by February 27, 2006). This is the parties' first request for an extension of time to participate in VDRP.

DATED: January 26, 2006         LAWRANCE A. BOHM
                                ATTORNEYS AT LAW

                                By:   /s/ Lawrance A. Bohm   _
                                      LAWRANCE A. BOHM
                                Attorney for Plaintiff
                                PAUL WHITTALL

DATED: January 26, 2006         HAL. M. BRODY
                                DAWN M. IRIZARRY
                                PROSKAUER ROSE LLP


                                By:   /s/ Dawn M. Irizarry   _
                                      DAWN M. IRIZARRY
                                Attorneys for Defendants
                                HENRY SCHEIN, INC., CAMLOG USA,
                                INC. and ROB GORIN.


**IT IS SO ORDERED.**


DATED:   January 31, 2006

                                _William B. Shubb_
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE

**STIPULATION TO EXTEND DATE BY WHICH THE PARTIES HAVE TO PARTICIPATE IN THE VOLUNTARY DISPUTE RESOLUTION PROGRAM SESSION PURSUANT TO LOCAL RULE 16-271(j); AND [PROPOSED] ORDER GRANTING EXTENSION**

PDF created with pdfFactory trial version www.pdffactory.com

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that:

I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On January 30, 2006, I served the foregoing document, described as:

**STIPULATION TO EXTEND DATE BY WHICH THE PARTIES HAVE TO PARTICIPATE IN THE VOLUNTARY DISPUTE RESOLUTION PROGRAM SESSION PURSUANT TO LOCAL RULE 16-271(j); AND [PROPOSED] ORDER GRANTING EXTENSION**

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

> Lawrence A. Bohm, Esq.
> Attorney at Law
> 2121 Natomas Crossing Drive
> Suite 200-251
> Sacramento, CA  95834
> Tel: (916) 595-2908
> Fax: (916) 265-5665

☒ (By Fax) By transmitting a true and correct copy thereof via facsimile transmission to

☒ (By Mail) I am "readily familiar: with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Personal Service)

☐ By personally delivering such envelope to the addressee.

☐ By causing such envelope to be delivered by the office of the addressee by OVERNIGHT DELIVERY via Federal Express or by other similar overnight delivery service.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 30, 2006 at Los Angeles, California.

Stephanie Bell
Type or Print Name                                             Signature

5844/36022-145
Current/8289807v1

**PROOF OF SERVICE**

PDF created with pdfFactory trial version www.pdffactory.com