1  LAWRANCE A. BOHM, (SBN 208716)
   BOHM LAW GROUP
2  4600 Northgate Blvd,
   Suite 210
3  Sacramento, CA 95834
   Bohmlaw@yahoo.com
4  (916) 927-5574
   FAX (916) 927-2046
5
6  Attorney for Plaintiff

7  PAUL WHITTALLL

**FILED**

MAY 1 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

**PRIORITY**

UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WHITTALL,<br><br>Plaintiff,<br><br>v.<br><br>HENRY SCHEIN, INC., CAMLOG USA, ROB GORIN., and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 2:05-CV-01629-WBS-GGH<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY**<br><br>Local Rule 37-251 |

Plaintiff Paul Whittall ("Plaintiff" or "Whittall") and defendants Henry Schein, Inc., Camlog USA, Inc. (erroneously sued as Camlog USA) and Rob Gorin ("Defendants") (collectively referred to herein as "the parties") respectfully request an Order modifying the Status (Pretrial Scheduling) Order entered October 27, 2005 to extend the time for expert disclosures (currently due by May 12, 2006) until July 14, 2006. The parties further request an extension of time to complete expert discovery (currently due by July 28, 2006) until August 19, 2006. The requested modifications of the Court's Status Order are based upon the following stipulated facts.

//

1

Stipulation and Order Re Expert Discovery
Whittall v. Henry Schein, Inc., et. al.

6013/36022-145 Current/8510910v1

IT IS HEREBY STIPULATED AND AGREED as follows:

1. The parties have each complied with the initial disclosure requirements as set forth in the Status (Pretrial Conference) Order.

2. Discovery in this matter closes on June 30, 2006.

3. Defendants' written discovery to date has included Requests for Production of Documents, Set One, Two and Three; Interrogatories Set One and Two. Plaintiff has responded to all of Defendants' discovery with the exception of the Third Request for Documents which are due April 28, 2006. Plaintiff has produced approximately 1000 pages of documents in response to Defendants' requests.

4. Plaintiff's written discovery to date has included Requests for Production of Documents, Set One and Two. Defendants have responded to Set One. Defendants' responses to Set Two are due by May 12, 2006. Defendants have produced approximately 5000 pages of documents in response to Plaintiff's requests.

5. Defendants' deposed Plaintiff in Sacramento on March 2 and 3, 2006, and intend to continue Plaintiff's deposition for a date yet to be determined. Defendants also intend to depose a representative of Plaintiff's current and former employers and Plaintiff's spouse. These depositions have not yet been noticed; however, they are expected to be completed before the close of discovery. Plaintiff noticed third-party witness, Lorie Dietz's deposition for April 10, 2006, and completed his examination of Ms. Dietz, however, due to time constraints, Defendants did not have an opportunity to complete their cross-examination of this witness. Accordingly, the parties agreed to reconvene in Hartford, CT, on a mutually agreeable date to complete Ms. Dietz's deposition.

6. Plaintiff deposed Richard Miranda, Gary Anderson, Robert Gorin, and Angela Mancuso in New York beginning April 7 and concluding on April 12. The parties have agreed that Ms. Mancuso's deposition will continue on a mutually agreeable date, provided that the location of the deposition is within 10 miles from Melville, New York. Based upon the testimony adduced to date, Plaintiff noticed the deposition of Stanley Bergman, Chief Executive

2

Stipulation and Order Re Expert Discovery
Whittall v. Henry Schein, Inc., et. al.

6013/36022-145 Current/8510910v1

1   Officer and Chairman of the Board for Henry Schein, Inc., James Breslawski, President and
2   Chief Operating Officer, Norman Weinstock, Anthony Providenti, Vice President and Special
3   Counsel. Defendants intend to file a motion for a protective order to prevent these depositions
4   from going forward. In the event that motion is denied, in whole or in part, the depositions will
5   move forward in New York, where all of the witnesses live and work. If these depositions go
6   forward, the parties have agreed to schedule them on mutually agreeable dates.

7       7.  The parties intend to complete the deposition of Ms. Mancuso and Ms. Dietz
8   before the close of discovery. These depositions will likely be completed during the first weeks
9   of June.

10      8.  The parties agree that any expert witness retained for the purposes of this matter
11  would benefit from at least some of the outstanding discovery. Moreover, Plaintiff's counsel is
12  still reviewing approximately 4000 pages of documents produced by Defendants while
13  Plaintiff's counsel was in New York. Likewise, Defendants most recent request for production
14  seeks documents pertaining to Plaintiff's current compensation. These documents will be
15  produced on April 28, 2006. Based upon the volume of discovery recently propounded and the
16  additional anticipated discovery, the parties agree that any expert report issued in this matter
17  would have to be amended, and may possibly be drastically altered, by the discovery reviewed
18  and completed between now and the close of discovery on June 30, 2006.

19      9.  The requested modifications of the Status Order will not impact time limitations
20  relating to non-expert discovery, motions, the pretrial conference or trial.

Stipulation and Order Re Expert Discovery
Whittall v. Henry Schein, Inc., et. al.

6013/36022-145 Current/8510910v1

10. As stated herein, the parties have worked diligently pursuing in discovery in this matter. The adequate and efficient preparation of this matter for trial will be advanced by the proposed modifications. Moreover, the requested modification will further accommodate the desire of the parties to engage in a good faith effort to resolve all outstanding disputes.

Date: April 28, 2006

LAWRANCE A. BOHM
BOHM LAW GROUP
Attorney for Plaintiff
PAUL WHITTALL

By: _____/s/ Lawrance A. Bohm_____

Date: April 28, 2006

HAL M. BRODY
DAWN M. IRIZARRY
PROSKAUER ROSE LLP
Attorneys for Defendants
HENRY SCHEIN, INC., CAMLOG USA, INC. and ROB GORIN

By: _____/s/ Dawn M. Irizarry_____

IT IS SO ORDERED.

Date: May 11, 2006

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

4

Stipulation and Order Re Expert Discovery
Whittall v. Henry Schein, Inc., et. al.

6013/36022-145 Current/8510910v1