IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WHITTALL,

    Plaintiff,                               No. CIV S-05-1629 WBS GGH

    vs.

HENRY SCHEIN, INC., et al.,

    Defendants.                        ORDER

_____/

INTRODUCTION

        Previously pending on this court's calendar for June 1, 2006, was plaintiff's motion to compel further depositions and costs of conference room. Lawrance Bohm appeared on behalf of plaintiff. Harold Brody appeared for defendants. After discussion at hearing, the court now issues the following orders.

        IT IS HEREBY ORDERED that:

        1. Defendants may conduct further cross-examination of witness Dietz for 3.5 more hours. Plaintiff shall have .5 hour to conduct redirect. Plaintiff's request that costs of conference room rental for this deposition to be borne by defendants is denied.

        2. Plaintiff is granted further deposition examination of deponents Gorin and Miranda, at a limit of four hours per deponent. Defendants' redirect shall not be restricted.

1

1 | Gorin's deposition shall be held at defense counsel's midtown Manhattan offices.  The remainder
2 | of depositions shall take place at the location noticed by plaintiff.
3 |       3.  Pursuant to the parties' agreement, the depositions of Peter Scheer, Chris
4 | Taylor, and Ms. Mills (plaintiff's spouse) shall be conducted within thirty days after the June 30,
5 | 2006 discovery cutoff.
6 |       4.  Plaintiff's deposition shall be held on either June 29 or 30, 2006, at plaintiff's
7 | choice of location, unless otherwise agreed by counsel.
8 | DATED: 6/2/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH/076
Whittall1629.dep.wpd