1  HAROLD M. BRODY, SBN 084927
2  DAWN M. IRIZARRY, SBN 223303
   PROSKAUER ROSE LLP
3  2049 Century Park East, 32nd Floor
   Los Angeles, CA 90067-3206
4  Telephone:  (310) 557-2900
   Facsimile:   (310) 557-2193
5
6  Attorneys for Defendants,
   HENRY SCHEIN, INC., CAMLOG USA, INC.
7  AND ROB GORIN

FILED

AUG - 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA

10  PAUL WHITTALL,                          ) Case No. 2:05-CV-01629-WBS-GGH
11                                          )
                                            ) Hon. William B. Shubb
12              Plaintiff,                  )
                                            ) STIPULATION AND ORDER EXTEND
13       v.                                 ) DISCOVERY PURSUANT TO RULE 29
                                            ) OF THE FEDERAL RULES OF CIVIL
14  HENRY SCHEIN, INC., CAMLOG USA, ROB     ) PROCEDURE
    GORIN, and DOES 1-100, inclusive,       )
15                                          )
16              Defendants.                 )
                                            )
17                                          )
                                            )
18                                          )
                                            )
19  _____

20       Pursuant to Rule 29 of the Federal Rules of Civil Procedure and Local Rule 83-143 of the
21  Eastern District, plaintiff Paul Whittall ("Plaintiff") and defendants Henry Schein, Inc., Camlog
22  USA, Inc. (erroneously sued as Camlog USA), and Rob Gorin ("Defendants") (collectively
23  referred to as "the parties"), hereby stipulate as follows:
24       IT IS HEREBY STIPULATED AND AGREED as follows:
25       (a)    Plaintiff filed his First Amended Complaint ("FAC") on or about July 14,
26              2005 in California Superior Court, Sacramento County;
27       (b)    On August 15, 2005, Defendants removed the case to federal court, where it
28              is assigned to the Honorable William Shubb;

STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY

| | | |
|---|---|---|
| 1 | (c) | Since the fall of 2005, the parties have pursued discovery vigorously. The |
| 2 | | parties have taken and defended eight depositions, propounded multiple sets |
| 3 | | of written discovery, and exchanged thousands of documents; |
| 4 | (d) | In May, the parties participated in a court-ordered VDRP that was |
| 5 | | unsuccessful. Since then, however, the parties have continued discussions |
| 6 | | regarding possible settlement and have scheduled a voluntary mediation for |
| 7 | | August 9, 2006, before Michael Loeb, Esq. of JAMS. (the "mediation"); |
| 8 | (e) | In preparing for mediation and the potential resolution of this case, the |
| 9 | | parties have sought to avoid incurring what might prove to be unnecessary |
| 10 | | expenses and, as a consequence, have sought to avoid completing |
| 11 | | outstanding discovery pending the mediation; |
| 12 | (f) | If, however, the parties are unable resolve this case at the mediation, the |
| 13 | | parties will be able to complete discovery, exchange expert disclosures and |
| 14 | | conduct expert discovery in preparation for the trial scheduled for February |
| 15 | | 27, 2007, without altering the dates for the pretrial conference and trial, but |
| 16 | | to do so, they will need the Court's assistance in changing certain of the |
| 17 | | previously set discovery cut-off dates; |
| 18 | (g) | Due to unforeseen circumstances, the parties were unable to complete the |
| 19 | | depositions of Lori Dietz, Rich Miranda, Anthony Providenti and Rob |
| 20 | | Gorin before June 30, although each witness was properly noticed for |
| 21 | | deposition prior to that date. These depositions had been scheduled for the |
| 22 | | weeks of June 12 and 19. However, Mr. Gorin was unable to attend his |
| 23 | | deposition on the scheduled date due to a family emergency; Mr. Providenti |
| 24 | | and Ms. Dietz had to cancel their scheduled depositions due to illness; and |
| 25 | | Rich Miranda was unable to attend his deposition due to work-related |
| 26 | | scheduling conflicts. The parties have agreed to continue these depositions |
| 27 | | at a mutually agreeable date and time after the discovery cut-off date. The |
| 28 | | continued depositions of Mr. Gorin will take place at the law offices of |

STIPULATION AND ORDER

6013/36022-145 Current/8618509v2

| | | |
|---|---|---|
| 1 | | Proskauer Rose LLP, located at 1585 Broadway, New York, New York |
| 2 | | 10036, as previously ordered by the Court; |
| 3 | (h) | The parties have agreed that the deposition of Chris Taylor shall be |
| 4 | | scheduled on a mutually agreed upon date and time after the discovery cut- |
| 5 | | off date; |
| 6 | (i) | The parties have agreed that the deposition of Janet May shall be resumed |
| 7 | | on a mutually agreed upon date and time after the discovery cutoff date. |
| 8 | | The parties have not yet agreed on the location for that deposition; |
| 9 | (j) | The parties have agreed that the depositions of Jean Mills and Dr. Peter |
| 10 | | Sheer shall be scheduled at mutually agreed upon dates and times after the |
| 11 | | discovery cut-off date, as previously approved by the Court; |
| 12 | (k) | The parties have agreed that the deposition of Anthony Providenti shall be |
| 13 | | scheduled on a mutually agreed upon date and time after the discovery cut- |
| 14 | | off date. Mr. Providenti's deposition shall take place at the law offices of |
| 15 | | Proskauer Rose LLP, located at 1585 Broadway, New York, New York |
| 16 | | 10036; |
| 17 | (l) | The parties further agree and stipulate, subject to the Court's approval, to |
| 18 | | the following changes in the previously set discovery cutoff dates, as |
| 19 | | follows: |

| OLD DEADLINE | STIPULATED DEADLINE |
|---|---|
| June 30, 2006 – fact discovery cut-off | August 25, 2006 – Responses to all outstanding written discovery must be served |
| No deadline | September 15, 2006 – all discovery motions must be filed with the Court |
| July 14, 2006 – Plaintiff's expert designations were due | August 25, 2006 – Plaintiff's expert designations are due. |
| July 30, 2006 – Defendants' expert counter-designations were due | September 15, 2006 – Defendants' expert counter-designations are due |

STIPULATION AND ORDER

6013/36022-145 Current/8618509v2

| August 19, 2006 – expert discovery closes | November 3, 2006 – expert discovery closes |

(m) The modifications requested herein will not affect the time limitations related to the filing of dispositive motions (currently scheduled for September 25, 2006), the pretrial conference (currently scheduled for December 4, 2006) and/or the trial (currently scheduled for February 27, 2007).

DATED: August 2, 2006           LAWRANCE A. BOHM
                                ATTORNEYS AT LAW


                                By:   /s/ Lawrance A. Bohm
                                      LAWRANCE A. BOHM
                                Attorney for Plaintiff PAUL WHITTALL

DATED: August 2, 2006           HAROLD M. BRODY
                                DAWN M. IRIZARRY
                                PROSKAUER ROSE LLP


                                By:   /s/ Dawn M. Irizarry
                                      DAWN M. IRIZARRY
                                Attorneys for Defendants
                                HENRY SCHEIN, INC., CAMLOG USA, INC. and
                                ROB GORIN.

ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

DATED: Aug 7, 2006              GREGORY G. HOLLOWS
                                U.S. DISTRICT COURT MAGISTRATE JUDGE

STIPULATION AND ORDER

6013/36022-145 Current/8618509v2