1  HAROLD M. BRODY, SBN 084927
2  DAWN M. IRIZARRY, SBN 223303
   PROSKAUER ROSE LLP
3  2049 Century Park East, 32nd Floor
   Los Angeles, CA  90067-3206
4  Telephone:    (310) 557-2900
   Facsimile:    (310) 557-2193
5
6  Attorneys for Defendants,
   HENRY SCHEIN, INC., CAMLOG USA, INC.
7  AND ROB GORIN

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 | PAUL WHITTALL,                          | ) Case No. 2:05-CV-01629-WBS-GGH
11 |                                         | )
   |                                         | ) Hon. William B. Shubb
12 |              Plaintiff,                 | )
   |                                         | ) **STIPULATION OF DISMISSAL WITH**
13 |         v.                              | ) **PREJUDICE PURSUANT TO**
   |                                         | ) **F.R.C.P. 41(a)(1)(ii)**
14 | HENRY SCHEIN, INC., CAMLOG USA, ROB     | )
15 | GORIN, and DOES 1-100, inclusive,       | ) Complaint Filed:  January 21, 2005
   |                                         | )
16 |              Defendants.                | ) First Amended Comp. filed: July 14, 2005
   |                                         | )
17 |                                         | ) Case Removed:  August 15, 2005
   |                                         | )
18 |                                         | ) Trial Date:  February 27, 2007

This Stipulation is made by and between all parties to this action, namely, plaintiff Paul Whittall ("Whittall") and defendants Henry Schein, Inc., Camlog USA, Inc. (erroneously sued as Camlog USA) and Rob Gorin ("Defendants") (collectively referred to as "the Parties"), as follows:

WHEREAS, the Parties desire to dismiss the above-captioned action, in its entirety, with prejudice;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Whittall and Defendants, through their respective and undersigned counsel, that:

1. The above-captioned action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

2. Each of the Parties shall bear his, their or its own costs and attorneys' fees in connection with the above-captioned action.

DATED: September 25, 2006      LAWRANCE A. BOHM
                               ATTORNEYS AT LAW


                               By:   /s/ Lawrance A. Bohm
                                     LAWRANCE A. BOHM
                                  Attorney for Plaintiff PAUL WHITTALL

DATED:  September  25, 2006    HAROLD M. BRODY
                               DAWN M. IRIZARRY
                               PROSKAUER ROSE LLP


                               By:   /s/ Dawn M. Irizarry
                                     DAWN M. IRIZARRY
                                  Attorneys for Defendants
                                  HENRY SCHEIN, INC., CAMLOG USA, INC. and
                                  ROB GORIN.

**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)**
6013/36022-145  Current/8733736v1

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

DATED: OCTOBER 18, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)**
6013/36022-145 Current/8733736v1

PDF created with pdfFactory trial version www.pdffactory.com